FORM EDC 6-632 Order Closing Case Where Case Has Been Dismissed (v.11.07)  10-27137 – E – 13L



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM – 4:00 PM

**FILED**

JUN 15 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

kwis

## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:** 10-27137 – E – 13L

**Debtor Name(s) and Address(es):**

Allan Mangayayam
4817 S Ridgefield Way
Fairfield, CA 94534

Shantel Mangayayam
4817 S Ridgefield Way
Fairfield, CA 94534

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.

Dated: 6/17/10

Richard G. Heltzel
Clerk of Court